UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MARIE MARCEL REED

VERSUS

MICHELLE MARIE GAUDIN, RN, ET AL

CIVIL ACTION

NO. 12-593-JJB-SCR

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated October 15, 2012 (doc. no. 5). The plaintiff has filed an objection which merely restates his prior arguments and has been duly considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the plaintiff's complaint is DISMISSED for lack of subject matter jurisdiction, and without prejudice to any state law claims which may be alleged in the complaint.

Baton Rouge, Louisiana, this 27th day of November, 2012.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA